IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

PUBLic minister,
munammad Perez Bey
Ex RELATIONE: ERNESTO Williams

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-
NEW YORK CITY POLICE DEPARTMENT
81st precinct and POLICE officers,
Joh Bellevue #16310, Sajjad ASar #
16889, Joseph Sferrazza #17968

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*    See ATTAched Page (A)

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. **23-cv-4911-LDH-SJB**

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
            *(check one)*



RECEIVED
JUN 2 9 2023
PRO SE OFFICE

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                  Public minister, EX RELATZONE
                      Muhammad Perez Bey [ERNESTO Williams]
Street Address        ERIC. M. TAYLOR CENTER
City and County       15-15. HAZEN STREET
State and Zip Code    EAST ELMHURST, NY 11370
Telephone Number
E-mail Address

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                  Job Bellevue # 16310
Job or Title          NEW YORK POLZCE DEPARTMENT
(if known)
Street Address        30 RAlph AVE,
City and County       Kings
State and Zip Code    BROOKLYN, NEW YORK 11221
Telephone Number      718-574-0411
E-mail Address
(if known)


Defendant No. 2

| | |
|---|---|
| Name | Sajjad A Sar # 16889 |
| Job or Title (if known) | NEW YORK POLICE DEPARTMENT |
| Street Address | 30 RAlph AVE |
| City and County | Kings |
| State and Zip Code | BROOKLYN, NEW YORK 11221 |
| Telephone Number | 718-574-0411 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Joseph Sferrazza # 19468 |
| Job or Title (if known) | NEW YORK POLICE DEPARTMENT |
| Street Address | 30 RAlph AVE |
| City and County | Kings |
| State and Zip Code | BROOKLYN, NEW YORK 11221 |
| Telephone Number | 718-574-0411 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Henriguez Dennis # 8255 |
| Job or Title (if known) | NEW YORK POLICE DEPARTMENT |
| Street Address | 30 RAlph AVE |
| City and County | ~~BROOKLYN NEW YORK 11221~~ Kings |
| State and Zip Code | BROOKLYN, NEW YORK 11221 |
| Telephone Number | 718-574-0411 |
| E-mail Address (if known) | |

See Attachments Page(A)

3

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☑    State or local officials (a § 1983 claim)

☐    Federal officials (a *Bivens* claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Bill of Rights ≥ Amendment II - Right to bear ARMS, Amendment IV - Unreasonable Search and Seizures by the Government, Amendment V - Due Process, Amendment IX - Rights Retained By THE PEOPLE

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please see; Page 4, PART D Attachments (3 pgs)

4

**III.    Statement of Claim**

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur?

Pizza Shop on 1164 Broadway and Lafayette in Brooklyn New York, NY 11221

B.     What date and approximate time did the events giving rise to your claim(s) occur?

April 18, 2022 Between 5:15pm and 5:30pm

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please attachment: PAGE 5, PART C

IV.   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

V.    **Relief**

State briefly what you want the court to do for you.   Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

(1) Muhammad Perez Bey would like to be released from ~~the~~ ~~the~~ Rikers Island Correctional facility. (2) All Charges dismissed (3) Criminal Prosecution against the Defendants under section 242 of title 18 and 18 U.S. 241. (4) Muhammad Perez Bey would like to recover damages for a wide range of Constitutional violations ~~that the Defendant are infringing on~~ or infringement of Constitutional rights in the amount of 21,000,000.00 - ~~Twen~~ 21 million dollars

VI.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06-12 , 2023

Signature of Plaintiff _Jamal Babatundi Amu El (Muhammad Perez Bey)_ see P.O.A

Printed Name of Plaintiff _Jamal Babatundi AMU'RA EL_

Submitted on this day of
June 29, 2023

ATTACHMENTS PAGE (A)

Defendants Names

**New York City New York Police Department - 81 st Precinct**

Officer, Job Bellevue # 16310

Officer, Sajjad Asar # 16889

Officer, Joseph Sferrazza # 19468

Officer, Henriquez Dennis # 8255

Officer, Macero Ryan # 11532

Officer, Pena Kevin # 13339

Officer, Justin Thomas # 02234

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS CRIMINAL TERM PART G 26**
JUDGE Phyllis Chu, ESQ

**DISTRICT ATTORNEY OFFICE, KINGS COUNTY**
Eric Gonzalez, ESQ

------------------------------------------------------------------------

Defendants Address

**NEW YORK CITY NEW YORK POLICE DEPARTMENT–81 st PRECINCT**
**30 Ralph Ave,**
**Brooklyn, New York 11221**

Officer, Job Bellevue # 16310

Officer, Sajjad Asar # 16889

Officer, Joseph Sferrazza # 19468

Officer, Henriquez Dennis # 8255

Officer, Macero Ryan # 11532

Officer, Pena Kevin # 13339

Officer, Justin Thomas # 02234

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF KINGS CRIMINAL TERM PART G 26**
**360 Adam ST**
**Brooklyn, New York 11201**
JUDGE Phyllis Chu, ESQ

**DISTRICT ATTORNEY OFFICE, KINGS COUNTY**
**350 Jay ST**
**Brooklyn, New York 11201**
Eric Gonzalez, ESQ

PAGE 4, PART D: ATTACHMENT ( 3 pages)

**COLOR OF LAW ACTIONS COMMITTED BY: NEW YORK POLICE DEPARTMENT 81 st PRECINCT AND POLICE OFFICERS.**

Police Officers: Job Bellevue / badge # 16310, Joseph  Sferrazza # 19468, Henriquez  Dennis # 8255, Sajjad Asar # 16889, Macero  Ryan # 11532, Pena  Kevin # 13339 and Justin  Thomas # 02234 did act under color of state law by depriving the plaintiff Muhammad Perez Bey of a protected right that is secured in the Bill of Rights of the United States Constitution.

<u>2nd amendment violation</u>
The above stated police officers disarmed Muhammad Perez Bey Depriving him of his 2nd amendment right to bear arms; firearm / Constitutional carry, because the plaintiff did not have a gun license or permit. This freedom is guarded by the constitution under the Bill of Rights. These rights are also recognized by the Supreme Court Rulings.

<u>Fourth Amendment violation</u>
The above stated police officers conducted an unreasonable and illegal search without a warrant. The police officers did not demonstrate probable cause that a search or seizure was justified. The police officers did not have a Sufficient reason based upon known facts to believe that Muhammad Perez Bey has committed a crime, about to commit a crime or that certain property is connected with a crime.

**COLOR OF LAW ACTIONS COMMITTED BY: Supreme Court of The State Of New York County Of Kings / Judge Phyllis Chu**

 Judge Phyllis Chu did act under color of state law by depriving the plaintiff Muhammad Perez Bey of a protected right that is secured in the Bill of Rights of the United States Constitution.

On April 25, 2022 a writ of habeas corpus was recorded with the district attorney's office and sent to Judge Phyllis Chu office on behalf of Muhammad Perez Bey, respectfully ordering the release of Muhammad Perez Bey. The order to release Muhammad Perez Bey is based on;

(1) No one is bound to obey an unconstitutional State law **and** no courts are bound to enforce it.

(2) No Warrant or probable cause, There is no evidence of a crime (i.e) no injured man or woman [**without corpus delicti there can be no crime**], No statement of injury from an injured man or woman.

PAGE 4, PART D:  ATTACHMENT

<u>Amendment 5 violation</u>

On June 17, 2022 Judge Phyllis Chu violated Muhammad Perez Bey due process by not allowing Muhammad Perez Bey to defend himself and Judge Phyllis Chu ordered the district attorney's office to ignore any recorded documents sent on behalf of Muhammad Perez Bey.Judge Phyllis Chu has willfully prevented Muhammad Perez Bey from freeing himself from being unlawfully detained.

The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

**COLOR OF LAW ACTIONS COMMITTED BY: The District Attorney Office, Kings County and District Attorney Eric Gonzalez**

The District Attorney Eric Gonzalez did act under color of state law by depriving the plaintiff Muhammad Perez Bey of a protected right that is secured in the Bill of Rights of the United States Constitution.

The District Attorney Office and Eric Gonzalez have indicted Muhammad Perez Bey on unconstitutional state laws  that may have violated the plaintiff Constitutional protected Rights. The District Attorney Office and Eric Gonzalez have prosecuted charges against Muhammad Perez Bey, that the prosecutor knows is not supported by probable cause.

probable cause is the standard by which police authorities have reason to obtain a warrant for the arrest of a suspected criminal or the issuing of a search warrant. The District Attorney Office and Eric Gonzalez did not produce any evidence of a warrant in discovery.

On April 25, 2022 a writ of habeas corpus was recorded in the district attorney's office and sent to Judge Phyllis Chu office on behalf of Muhammad Perez Bey, respectfully ordering the release of Muhammad Perez Bey.

The District Attorney Office and Eric Gonzalez did not respond to the writ of habeas corpus on behalf of Muhammad Perez Bey or any other recorded documents.

<u>Amendment IV violation: prohibits arrest or detention without a warrant or probable cause</u>

The District Attorney Office and Eric Gonzalez have prosecuted charges against Muhammad Perez Bey, that the prosecutor knows is not supported by probable cause **"[No Warrant]"**. Probable cause is the standard by which police authorities have reason to obtain a warrant for the arrest of a suspected criminal or the issuing of a search warrant.

<u>Amendment V:  Due Process Violation</u>

The District Attorney Office and Eric Gonzalez did not respond to the writ of habeas corpus on behalf of Muhammad Perez Bey or any other recorded documents, in which, would have released Muhammad Perez Bey from detainment. The District Attorney Office and Eric

**PAGE 4, PART D:  ATTACHMENT**

Gonzalez did conspire with Judge Phyllis Chu to ignore Muhammad Perez Bey's administrative remedies.

**PAGE 5, PART C: ATTACHMENT**

**Statement of Claim in relation to Defendants (1)**

Now comes Muhammad Perez Bey / Sui Juris Litigant, bringing this violation of Due process, Deprivation of Rights under color of law and Conspiracy against Rights against the above defendants.

On April 18th, 2022 between 5:15 pm – 5:30 pm Muhammad Perez Bey has been conspired against and deprived of his 2nd amendment right to bear arms protected by the Constitution in the bill of rights, by police officers of the New York City New York Police Department -81st Precinct under the assumption, that Muhammad Perez Bey is a 14th Amendment **"PERSONS"** which is a united states citizen. This violation took place at 1164 Broadway and Lafayette in Brooklyn, NY 11221, as the plaintiff was walking out of a pizza shop.

While in uniform coming from a Public Ministers meeting at 166 Atkins avenue, Brooklyn, NY 11208. As Muhammad Perez Bey Was traveling from the meeting with **three other guest in his car** [see attached Affidavits], plaintiff stop at a pizza shop on 1164 Broadway and Lafayette in Brooklyn, NY 11221, As plaintiff was walking out of the pizza shop, plaintiff was approached by officer, Job Bellevue # 16310 and other officers trying to intimidate the plaintiff by surrounding him.

Plaintiff was asked by officer, Job Bellevue # 16310, " Who are you?" plaintiff respond, i am Public Minister Muhammad Perez Bey [see attached Public Minister info]" officer Job Bellevue # 16310 said, " what is that?", plaintiff replied , i am a Treaty and Constitutional officer" at this time officer, Job Bellevue # 16310 asked the plaintiff, "do you have a gun permit" and the plaintiff replied, " i am not carrying a gun, this is my firearm / Constitutional Carry and no, it is not required for me to have a permit" ". officer, Job Bellevue # 16310 and the Other officers began to disarm Muhammad Perez Bey of his firearm / Constitutional carry which was on plaintiffs right-side hip and placed Muhammad Perez Bey under arrest.

The aforementioned police officers unlawfully detained Muhammad Perez Bey under the scope and delineation surrounding **"PERSONS "**. The herein private man, American National and Moorish American is not the legal person in accordance with the 1865 legislation which was in the 39th congress for the purpose of granting equal protection to emancipated aliens out of slavery in 1863. Muhammad Perez Bey has been deprived of his 2nd amendment right to keep and bear arms, plaintiff has been intimidated by the said police officers,

**PAGE 5, PART C: ATTACHMENT**

plaintiff right of movement has been violated, plaintiff was unlawfully arrested for the exercise of a protected right in the Constitution and Bill of rights.

The above police officers acted under the color of Law without any authority or power to arrest Muhammad Perez Bey, a private man and an American National for exercising a Constitutional Protected Right in the Bill of Rights.



04/19/2022

To whom it may concern:

On Monday, April 18th, 2022 around
5:30am, Muhammed Bey, two other
gentlemen and myself were traveling
home. On our way home we stopped
at the corner of Broadway + Lafayette
Street near Brooklyn, New York to
drop off a brother. While dropping
our brother off, Bey stopped at
a deli store. At this time is when
Bey was approached by officers:
Joseph C. Sferrazza # 19468,
Job Bellevue # 16310, Macero
Ryan #11532. who was concerned
about who Bey was and which
company Bey worked for. The officers
was given documents to read which
gave insight on what mohammed Bey
does and then other officers arrived
on the scene. Surrounding Bey
an officer removed Bey's fire arm
without permission and after removing
fire arm proceeded to arrest

Page ①



Bey. After handcuffing Bey, the officers then proceed to take Bey to their police vehicle # 4115 where Bey was forced into the vehicle and they took Bey to the 81st precint.

Raquel Brabham EL

*Raquel Brabham EL*

ANDREA LOPEZ
NOTARY PUBLIC STATE OF NEW YORK
No. 01LO6283660
Qualified in Bronx County
My Commission Expires 01-09-2026

State of New York
County of Bronx
Sworn to before me on
this 20 day of the month of 04 20 22

Page ②



00074017-1 / PUBLIC MINISTER LAW ADMINISTRATION

UCC 1 FILING # 201203248132198        UCC 1 FILING # 202005148200423

PROPERTY # PM 287 971 638 AM          REGISTERED # RE 180 142 833 US

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## AFFIDAVIT OF TRUTH

Monday, April 18, 2020, I prodigy X EL along with Muhammed Bey and 2 other people was on our way home when we stopped by Broadway Junction train station on Broadway and Lafayette Street. I walked into a grocery store to buy a juice, when I witnessed officer Bellevue (16310) and officer Sferrazza (19468) talking with Muhammed. The officers wanted to know who muhammed was and who he worked for. I then started recording the situation on my cell phone. Muhammed Bey then presented documents to the officers when more police arrived on the scene

**PAGE 1**



00074017-1 / PUBLIC MINISTER LAW ADMINISTRATION

UCC 1 FILING # 20210324812198      UCC 1 FILING # 202005148200423

PROPERTY # PM 287 971 638 AM        REGISTERED # RE 180 142 833 US

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

and begin to surrand Muhammed Bey. I
then saw Sergent Jean Pierre Hilton walk
up to Muhammed Bey and remove his
side arm. Henriquez (8855), Bellevue (16310)
and Asar (16889) begin to hand cuff him.
The officers then force Muhammed into
their police vehicle Taking him to the
81st Precint.

_____

I, Samuel Randolph Hull  state the facts contained herein are
true and correct, affirmed under penalty of perjury under the laws of the United States
of America.

State of NY
County of New York

AFFIANT

Di Lee
9/30/22

NOTARY PUBLIC

SWORN TO BEFORE ME
THIS 9th DAY OF may 2022

PAGE 2

NACER SENHAJI
NOTARY PUBLIC- STATE OF NEW YORK
No. 01SE6268463
Qualified in Queens County
My Commission Expires September 10, 2024



## CONSTITUTIONAL OATH OF OFFICE

**NEW YORK STATE** )
) SS:
County of ~~New York~~ )

I do solemnly affirm that i will support, obey, uphold and defend the Constitution of the United States of America and the New York State Constitution and that I will discharge the duties in the office of PUBLIC MINISTER under this PUBLIC MINISTER LAW ADMINISTRATION with fidelity.

_____
SIGNATURE OF PUBLIC MINISTER

Muhammad Perez Bey
**APPELLATION OF PUBLIC MINISTER**

TREATY AND CONSTITUTIONAL OFFICER
**OFFICER TITLE**

Taken, sworn and subscribed before me this 13 day of July 20 22

SWORN TO BEFORE ME
THIS 13 DAY OF July 2022

_____
**Signature of person Administering Oath**

NACER SENHAJI
NOTARY PUBLIC- STATE OF NEW YORK
No. 01SE6268463
Qualified In Queens County
My Commission Expires September 10, 20 24

## Constitution of United States of America 1789



PUBLIC MINISTER LAW ADMINISTRATION

UCC 1 FILING # 20210324813298       UCC 1 FILING # 202005148200423

PROPERTY # PM 287 971 638 AM       REGISTERED # RE 180 142 833 US

------------------------------------------------------

## OFFICE OF PUBLIC MINISTER

**1. MISSION STATEMENT:**

The office of Public Minister, under this Law Administration are Treaty and Constitutional Officers. Our mission is to educate the people about their protected Constitutional Rights and Treaties, stop corporate crimes, Police Corruption and Enforce the Constitution and Treaties in North America.

**2. OUR DELEGATION OF AUTHORITY**

Public Ministers are **Competent Law Officers** authorized by the people through a Power of Attorney and Agent authorization / Private Contract agreement to act on their behalf when their Constitutional and Treaty Rights have been violated.

**3. OUR POWER OF AUTHORITY**

Public Ministers power of authority comes directly from the United States of America Constitution 1789, several states Constitution, Treaties, Supreme Court Rulings [case Law], Articles of Association and other Contracts.

**4. PUBLIC MINISTER LAW ADMINISTRATION**

Public Minister Law Administration are a group of private men and women who have come together to form an unincorporated private membership association to educate, assist, protect and defend the American people against foreign and domestic corporate crimes and police corruption.

Page 1



**PUBLIC MINISTER LAW ADMINISTRATION**

UCC 1 FILING # 20210324813298    UCC 1 FILING # 202005148200423

PROPERTY # PM 287 971 638 AM    REGISTERED  # RE 180 142 833 US

-------------------------------------------------------------------

The membership of the Public Minister Law Administration are Collectively asserting and standing upon their secured perfect rights to assemble and associate; their reserved authority; their pre-existing claim to absolute authority and control over the health of their own body, mind and spirit and rights (hereinafter collectively referred to simply as "rights"). Public Ministers function by the members acting as people, in their real private character and capacity, "No State can make a law that impairs the obligation of a contract" and therefore is without jurisdiction.

Public Ministers are to protect the interests of their clients. Their official character as a Public Minister  must be taken as sufficient evidence of authority to perform all of those acts that are invested in them through Power of attorney and agent authorization.


5.  **PUBLIC MINISTERS JURISDICTION**

Public Ministers under this private member association do not need any authority or permission, of any kind whatsoever, from any government for its creation or in order for it to continue to exist and function. Public Minister Law Administration is created by and exists upon the contract authority and power that the members have reserved for themselves.

Public ministers under this said unincorporation are free to exchange any services or information whatsoever on any topic they choose and can speak or write about, listen to, or read any information, use or obtain any information, product, or service on any terms agreeable to any member who chooses to provide that information, product, or service within the Public Minister Law Administration. Public Minister Law Administration are under no general lawful/legal obligation to recognize any statutory title of public competency, education or training (licensed persons/experts).

Page 2



PUBLIC MINISTER LAW ADMINISTRATION

UCC 1 FILING # 202103248132198      UCC 1 FILING # 202005148200423

PROPERTY # PM 287 971 638 AM        REGISTERED # RE 180 142 833 US

------------------------------------------------------------

Public Law, Regulations and internal Rules of administrative agencies that regulate the public do not generally reach the Public Minister Law Administration because they would impair, impede, obstruct or defeat the private members' ability to discuss, hear, read or speak about, print, obtain and use things which may be prohibited to be disclosed to or used by the public, unless the private membership association commits a nefarious act, which means some form of human rights violation or evil act against another human or in the wording of the courts "creates a clear and present danger of a substantial evil". Anything less is protected and stays within the private domain.

Public ministers under this association generally fall outside the jurisdiction of Public Law, Regulations and internal Rules of administrative agencies.

## 6. OFFICIAL NOTIFICATION

Public Ministers take rank, upon the date of the official notification of the existence of their intent to serve as a Public Minister, pursuant to the civilized Laws governing, and provided for such service.

PUBLIC MINISTER LAW ADMINISTRATION,
Chief Administrative Officer / Trustee

publicministeroflaw@aol.com
Contact info: 212-858-9314
Office Hours: Mon-Fri: 7:00am -7:00pm

Page 3



# PUBLIC MINISTER LAW ADMINISTRATION

### PRIVATE MEMBERSHIP ARTICLES OF ASSOCIATION

These articles of association ( Agreement) is made and effective: March 24, 2021

### PREAMBLE

This PRIVATE MEMBERSHIP ARTICLES OF ASSOCIATION shall be subject to and governed By: The Treaty of Peace and Friendship between the United States of America and Morocco 1786 Ratified 1836, United States Constitution 1789, New York State Constitution, Supreme Court Rulings and Office of Public Minister.

### PRIVATE UNINCORPORATION

PUBLIC MINISTER LAW ADMINISTRATION an unincorporated Private Membership Association and grantor for the PUBLIC MINISTER LAW ADMINISTRATION Revocable Trust.

### PURPOSE

This private membership shall exist and operate solely for the education and provide services to the people on the American continent, United States citizens and businesses Through private contract agreements.

### MEMBERSHIP

Jamal Babatundi Amu'Ra El (Chief Law Administrator & First Holder Trustee), Christine Hewitt ( Information Analysis and Trustee), Rhahid Bey ( Investigation Officer and Trustee), Muhammad Bey ( Operation Command), Utis Dey ( Investigation Officer) Martha frasier ( Treasurer) and Salahudeen Ibn Minar Bey ( Information Analysis)

### TERMS

This membership shall upon the execution of this agreement March 24, 2021 and will continue For a period of ten (10) years or until such time as the membership may then see fix.

### CONTRIBUTION

The membership acknowledge that each member is contributing its skills and resources to this Association. Membership hereby agree that each member will be compensated for their service That they perform.

### MANAGEMENT

The membership agree that Jamal Babatundi Amu'Ra El shall stand as the membership managing Member. The managing member shall be responsible for daily operations and administrating Functions.

Page 1

### PRIVATE BOARD MEMBERSHIP

| Rhahid Bey | Christine Hewitt | Muhammad Bey | Utis Dey | Salahudeen Ibn Minar Bey |
|---|---|---|---|---|
| INVEST OFFR | INFO ANALYSIS | INVEST OFFR | INVEST OFFR | INFO ANALYSIS |



## BOOKS OF ACCOUNT

The membership agree that Christine Hewitt shall be responsible for keeping and managing
The membership books of account. The entries of the book will consist of all money received
And spent by the membership.

## MISSION STATEMENT

The office of Public Minister / Membership are competent Constitutional and Treaty Officers.
Our mission is to educate the people about their constitutional and Treaty protected rights,
minimize corporate crimes, confront police corruption and enforce the Law of the Land.
This Law Administration also provides legal and lawful remedies for our injured clients through
a Power of Attorney ad Agent Authorization.

The primary objection of the PUBLIC MINISTER LAW ADMINISTRATION is to function as a
multi-service private unincorporated association that addresses a number of services for the
American people, citizens, Nationals / indigenous peoples and Business as well.

**PUBLIC MINISTER LAW ADMINISTRATION,**
Chief Administrative Officer / First Holder Trustee

publicministeroflaw@aol.com
Contact info: 212-858-9314
Office Hours: Mon-Fri: 7:00am -7:00pm

Page 2

### PRIVATE BOARD MEMBERSHIP

| Rhahid Bey | Christine Hewitt | Muhammad Bey | Utis Dey | Salahudeen Ibn Minar Bey |
|---|---|---|---|---|
| INVEST OFFR | INFO ANALYSIS | INVEST OFFR | INVEST OFFR | INFO ANALYSIS |

# Proof of Publication

**STATE OF NEW YORK**

**SS**

**COUNTY OF QUEENS**

PUBLIC MINISTER LAW ADMINISTRATION INJUNCTION NOTICE / Case: 9997
Notice to the principal is notice to the agent and Notice to the agent is notice to the principal The United States Federal Corporation Pursuant to: 28 USC 3002(15) Federal Level, State Level and Local Level, Departments and Agencies: Joseph Fucito dba County Sheriff for: New York County, Queens County, Kings County, Bronx County and Richmond County.
Kathy Hochul dba Governor of New York
Merrick Garland dba Hon. Merrick Garland United States Attorney General / Department of Justice
Keechant Sewell dba New York City Police Commissioner.
3/10/2022

NICOLE RESCIGNO        Being duly sworn, deposes and says: that he/she is and at the time of publication of the annexed printed notice

RE:  PUBLIC MINISTER LAW ADMINSTRATION
      INJUNCTION NOTICE/CASE:  9997

Was the Principal Clerk of the **Queens Times**, a Weekly Newspaper, published in the County of Queens, State of New York, and that the notice of which the annexed is a true and Printed copy, was regularly published in the said newspaper.

Date:  MARCH 10, 2022

(Signed)

Queens Times, 48-08 111ᵗʰ Street, Corona, NY 11368

State of New York, County of Queens

Sworn before me this 11ᵀᴴ  day of    MARCH      , 2022

Signature of Notary Public

JAMES C. LISA
Notary Public State of New York
No. 01L14706663
Qualified in Queens County
Commission Expires September 30, 2025

## Statement of Claim in relation to Defendant (2)

On April 25, 2022 a writ of habeas corpus was recorded with the district attorney's office and sent to Judge Phyllis Chu office on behalf of Muhammad Perez Bey, respectfully ordering the release of Muhammad Perez Bey. see exhibit [1] AND OTHER ATTACHMENTS

The release order is based on;

1. No one is bound to obey an unconstitutional state law **and** no courts are bound to enforce it."

2. There is no evidence of a warrant or probable cause, no injured man or woman [**without corpus delicti there can be no crime**], No statement of injury from any injured man or woman.

On June 17, 2022 Judge Phyllis Chu violated Muhammad Perez Bey due process by not allowing Muhammad Perez Bey to defend himself, see exhibit (2) proceedings pages 5-6, verses 19-11.

Judge Phyllis Chu ordered the district attorney's office to ignore any recorded documents sent on behalf of Muhammad Perez Bey, see exhibit (2) proceedings page 7-9 verses 13-3.

"The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it."

"The writ of habeas corpus is of greater significance in obtaining judicial review of allegedly unconstitutional state laws enforced by state agencies action notwithstanding statutory provisions making such agency action final."

## Statement of Claim in relation to Defendants (3)

The District Attorney Office and Eric Gonzalez have indicted Muhammad Perez Bey on unconstitutional state laws "[ State Laws are state policies,rules and regulations in which **conflicts with the Constitution / Bill of Rights]**", The District Attorney Office and Eric Gonzalez have prosecuted charges against Muhammad Perez Bey, that the prosecutor knows is not supported by probable cause.

probable cause is the standard by which police authorities have reason to obtain a warrant for the arrest of a suspected criminal or the issuing of a search warrant. The District Attorney Office and Eric Gonzalez did not produce any evidence of a warrant in discovery.

On April 25, 2022 a writ of habeas corpus was recorded in the district attorney's office and sent to Judge Phyllis Chu office on behalf of Muhammad Perez Bey, respectfully ordering the release of Muhammad Perez Bey. see exhibit [1]

The District Attorney Office and Eric Gonzalez did not respond to the writ of habeas corpus on behalf of Muhammad Perez Bey or any other recorded documents because judge phyllis Chu ordered the District Attorney's Office to ignore any recorded documents on behalf of Muhammad Perez Bey.

 

PUBLIC MINISTER LAW ADMINISTRATION
TREATY AND CONSTITUTIONAL OFFICER
DOMICILE: Morocco / Moroccan Empire
NEW YORK REPUBLIC [ Exempt /  D.M.S.R 122.32 ]
  Contact:  212 - 858 - 9314
EMAIL: jamalbabatundi@gmail.com
PM, Jamal Babatundi Amu'Ra LL
  PUBLIC MINISTER / CONSUL GENERAL

## BROOKLYN CRIMINAL COURT
### 320 JAY STREET, BROOKLYN, NY 11201

### WRIT OF HABEAS CORPUS

This is a petition for a writ of habeas corpus filed on behalf of;

PUBLIC MINISTER, **Muhammad Perez Bey** who has been unlawfully detained under the color of law and color of authority, by unlawful Corporate policy enforcers. All foreign Agents and Agencies of the United States Federal Corporation [28 usc 3002(15)] are without authority, pursuant to: **The United States Congressional Record, March 17, 1933 Vol. 33, page H-1303:** "It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73ʳᵈ Congress session June 5, 1933 - Joint Resolution to Suspend the Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only, " A CORPORATION".

Public Minister, **Muhammad Perez Bey** is a living flesh and blood Man and not to be misunderstood as being a Corporate Person, Corporation, a unconstitutional 14th amendment citizen nor does **Muhammad Perez Bey** have any contracts or relations with the United States Federal Corporation, United States, U.S.A.,etc (see Asahi Metal industry Co. v. Superior court, 480 U.S. 102 (1987). and (International Shoe Co. v. Washington, 326 U.S.310 (1945).

Public Minister, **Muhammad Perez Bey** is a Moor 667 / under Treaty Protection; The Treaty of Peace And Friendship between the United States of America And Morocco 1787 Ratified 1836.

Muhammad Perez Bey [ Ex Relatione: ERNESTO PEREZ WILLIAMS ]
Arrest Number: K22615988

2

 

Muhammad Perez Bey invokes his Treaty Right to Consular Jurisdiction under Article 20 and 21 of the Treaty of Peace and Friendship of 1836 between the United States of America and Morocco:

Article 20. If a citizen of the United States, or any person under their protection, shall have any disputes with each other, the consul shall decide between the parties; and whenever the consul shall require any aid or assistance from our Government, to enforce his decisions, it shall be immediately granted to him.

Article 21. If a citizen of the United States should kill or wound a Moor, or on the contrary, if a Moor shall kill or wound a citizen of the United States, the laws of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

See Kolovrat v. Oregon, 366 U.S. 187, 194, 81 S.Ct. 922 (1961)( "A state cannot refuse to give foreign nationals their treaty rights because of fear that valid international agreements may possibly not work completely to the satisfaction of state authorities. Under the supremacy clause of the United States Constitution Art.VI, clause 2, state policies [....] must give way to overriding federal treaties and conflicting arrangements.").

THIS PROCEEDING IS NOT VALID AND CANNOT PROCEED until Jurisdiction is proved to exist! Otherwise, Muhammad Perez Bey must be released and all charges dismissed with prejudice for lack of Jurisdiction. See Melo v. United States, 505 F.2d 1026 ("Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but rather, should dismiss the action")

See Elliot v. Peirsol, 26 U.S.328,340(1828)(" If a court acts without authority, its judgments and orders are regarded as nullities, they are not voidable, but simply void; and form no bar to a remedy sought in opposition to them, even prior to a reversal, They constitute no justification; and all persons concerned in executing such judgments, or sentences, are considered, in law, as trespassers."); also, see United States v. Throckmorton,98 U.S. 61 ("Fraud vitiates the most solemn contracts, documents and even judgments.")

## CUSTODY

PUBLIC MINISTER, Muhammad Perez Bey is being held against his will at: New York City Police Department–81 Precinct, 30 Ralph Ave, Brooklyn, NY 11221.

**Kings County Criminal Court or Kings County Supreme Court**

Muhammad Perez Bey [ Ex Relatione: ERNESTO PEREZ WILLIAMS ]
Arrest Number: K22615988

 

1.                                    JURISDICTION

This Court has jurisdiction under 28 U.S.C. § 2241; Art. I, § 9, cl. 2 of the United States of America Constitution (Suspension Clause) and 28 U.S.C. § 1331, as Muhammad Perez Bey is presently in custody under color of Law by the United States Federal Corporation pursuant to: Title 28 USC 3002 Section 15A, and such custody is in violation of the Constitution, laws, or treaties of the United States of America. This Court may grant relief pursuant to 28 U.S.C. § 2241, 5 U.S.C. § 702, and the All Writs Act, 28 U.S.C. § 1651.

2.                                    **VENUE**

Venue lies in the United States for the: **Kings County Criminal Court or Kings County Supreme Court of New York** the judicial district where Muhammad Perez Bey is being held against his will.

3.                                    **FIRST PARTIE**

PUBLIC MINISTER: Muhammad Perez Bey, A Treaty and Constitutional Officer, a National of New York Republic who is invested with a power of appointment; the party executing a power; ideally, the true power of appointment to this office exists by the already proven devotion of the Man, acting in the capacity of a Public Minister, to render legitimate service for his countrymen, generally the people.

Ministerial Power is the civilian or domestic counterpart of the Military Power. Ministerial Powers are powers given for the general good, not exclusively, necessarily, or at all for the good of the Donee himself, but for the good of several parties, also including or not including the Donee. That is, these powers are for the good of the people, generally, and then indirectly for the Donee as a member of the Republic.

The powers and corresponding duties are called powers and duties because the Donee-Executor, of those powers and the corresponding duties, is serving as a Minister or Public Servant in his exercise of those powers and duties.

*The power and duty of the Public Minister rests upon the Law of Nations as well as upon Treaties. The primary duty of the Public Minister is the protection of the interests of his countrymen. The establishment of Ministerial Power is by character, not by governments.*

The Public Minister's protection of the interest of the parties of the judicial jurisdiction represented; concerning that which the Public Minister protects.

Public Ministers are bound to see that the unknown or foreign authority laws of the jurisdiction wherein they officiate are properly administered, so as to protect the

Muhammad Perez Bey [ Ex Relatione: ERNESTO PEREZ WILLIAMS ]
Arrest Number: K22615988

3

 

interests of their Nationals. Their official character as a Public Minister / Public Servant must be taken as sufficient evidence of authority to perform all of those acts that customarily, or by statute or code, are entrusted to Public Ministers for performance, for example: 42 USC § 1986 and 18 USC § 4.

Immunity of Public Minister – concerning that which protects a Public Minister;

The rule that tribunals have no jurisdiction over a foreign sovereign extends also to Public Ministers.

In Public Law 1790, Statutes at Large 117, Chapter 9, codified in 22 USC Section 252, it is provided that whenever any Writ or Process is issued out or prosecuted by a person in any tribunal of the United States or of a state, or by a Judge or Justice, whereby the person or any Public Minister of a foreign jurisdiction, or any foreign or domestic servant of any such Minister is arrested or imprisoned or his goods or chattels are distrained, seized, or attached, such Writ or Process shall be deemed void.

It is also provided that whenever a Writ of Process is sued out in violation of this prohibition, every person by whom the same is obtained or presented, whether as a party, or as attorney, or as solicitor, and every officer served in executing it, shall be deemed a violator of the Laws of Nations and a disturber of the public repose, he shall be subject to the penalty provided by Law.

See Public Law 1948, Chapter 645, 62 Stat 688, codified in 18 USC § 112, and Public Law 1871, Chapter 22 Sect 6, 17 Stat 15, codified in 42 USC § 1986.

Public Ministers take rank, upon the date of the official notification of the existence of their intent to serve as a Public Minister, pursuant to the civilized Laws governing, and provided for such service.

4.                    SECOND PARTIES

OFFICERS; MACERO # 11532, ASAR # 16889, SFERRAZZA # 19468, HENRIQUEZ # 8255, Bellevue # 16310, Pena # 13339 and Thomas # 02234 who are Corporate employee(s) for the police Department 81 Precinct Corporation.

Location: 30 RALPH AVE, BROOKLYN, NY 11221.

5.                EXHAUSTION OF ADMINISTRATIVE REMEDIES

Public Minister: Muhammad Perez Bey will exhaust his Administrative Remedies by making a complaint with the County sheriff, because pursuant to: The U.S. Supreme Court has concluded as supported by more than 800 years of history: "The Sheriff is the 'Chief Executive and Administrative Officer' of a county chosen by popular election. His principal duties are in aid of the

Muhammad Perez Bey [ Ex Relatione: ERNESTO PEREZ WILLIAMS ]
Arrest Number: K22615988

47



criminal and civil courts of record (common law courts); such as serving process, summoning juries, executing judgments, holding judicial sales and the like. He is also the chief conservator of peace within his territorial jurisdiction."
**Harston v. Langston, Tex. Civ. App., 292 S.W. 648, 650**

6.                      STATEMENT OF FACTS

PUBLIC MINISTER: **Muhammad Perez Bey** who has been unlawfully detained under the color of law and color of authority, by unlawful Corporate policy enforcers. All foreign Agents and Agencies of the United States Federal Corporation [28 usc 3002(15)] are without authority, pursuant to: **The United States Congressional Record, March 17, 1933 Vol. 33, page H-1303** : "It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933; 48 Stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress session June 5, 1933 – Joint Resolution to Suspend the Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only, " A CORPORATION".

The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, pursuant to: Bonnett v. Vallier, 116 N.W. 885, 136 Wis. 193 (1908); NORTON v. SHELBY COUNTY, 118 U.S. 425 (1886)

United States Federal Corporation, United States, U.S – All Codes, Rules, Regulations, Policies, Statutes etc. Are Unconstitutional and Lack Due Process, pursuant to: *Rodrigues vs. Ray Donovan, U.S. DEPARTMENT OF LABOR, 769 F. 2d 1344,1348, decided in 1985* ] [ *Self v. Rhay, 61 Wn (2nd) 261.*

Supreme courts ruled "Without Corpus delicti there can be no crime" In every prosecution for crime it is necessary to establish the "corpus delicti", i.e., the body or elements of the crime." pursuant to: People v. Lopez, 62 Ca.Rptr. 47, 254 C.A. 2d 185.

7.                      CLAIM FOR RELIEF

Claims has been made proper as stated above, **Muhammad Perez Bey** asks this court to grant his release, based off the facts: (1) No Crime Exist / No injured Human parties (2) Police / Policy enforcers acted without authority or Jurisdiction.

Muhammad Perez Bey [ Ex Relatione: ERNESTO PEREZ WILLIAMS ]
Arrest Number: K22615988



# Supreme Court strikes down New York gun law restricting concealed carry in major Second Amendment case

PUBLISHED THU, JUN 23 2022 10:35 AM EDT UPDATED THU, JUN 23 2022 12:40 PM EDT

The Supreme Court on Thursday struck down a New York state law requiring applicants for a license to carry a gun outside of their homes to have a "proper cause" to do so, saying it violated the Second Amendment of the U.S. Constitution.

The 6-3 ruling in the case is a major victory for gun rights advocates who had challenged New York's restrictive law, which makes it a crime to carry a concealed firearm without a license.

It also represents the Supreme Court's biggest expansion of gun rights in more than a decade — and casts doubt on laws in eight other states and the District of Columbia that restrict concealed-carry permits in ways similar to New York.

The Supreme Court's six conservative justices voted to invalidate the law, which has been in existence since 1911. Justice Clarence Thomas wrote the majority opinion in the case, known as New York State Rifle & Pistol Association Inc. v. Bruen.

The court's three liberals voted to uphold the law. Justice Stephen Breyer wrote a dissent to the ruling.

In his majority opinion, Thomas wrote that New York's law violated the Constitution's Fourteenth Amendment — which says citizens have a right to equal protection under the law — because it "prevents law-abiding citizens with ordinary self-defense needs from exercising their right to keep and bear arms" as authorized by the Second Amendment.



The ruling comes weeks after mass shootings at a Buffalo, New York, grocery store, and another in a Uvalde, Texas, elementary school, reignited a national debate about U.S. gun laws.

Democratic elected officials quickly condemned Thursday's decision, which they said will imperil public safety.

President **Joe Biden** said he was "deeply disappointed" in the ruling, which he argued, "contradicts both common sense and the Constitution, and should deeply trouble us all."

Citing the "horrific attacks in Buffalo and Uvalde," Biden urged states to pass "commonsense" gun regulation "to make their citizens and communities safer from gun violence."

New York Gov. Kathy Hochul said, "This decision isn't just reckless, it's reprehensible."

Hochul said that because "the federal government will not have sweeping laws to protect us ... our states and our governors have a moral responsibility to do what we can and have laws that protect our citizens because of what is going on — the insanity of the gun culture that has possessed everyone all the way up to the Supreme Court."

New York City Mayor Eric Adams said, "This decision has made every single one of us less safe from gun violence."

The case was brought by the New York State Rifle & Pistol Association and two of its members, Robert Nash and Brandon Koch, whose applications for concealed-carry handgun licenses for self-defense purposes were rejected.

New York Supreme Court Justice Richard McNally ruled that neither man had shown proper cause to carry guns in public because they failed to demonstrate that they had a special need for self-protection.



The plaintiffs then challenged that denial in a federal court in New York. They argued that the state law governing concealed-carry licenses, which allows them only for applicants with "good moral character" who have "proper cause" to carry guns outside the home, violates the Second Amendment.

After a federal judge in New York dismissed the case, the U.S. 2nd Circuit Court of Appeals affirmed that judgment. The U.S. Supreme Court then took the case.

Thomas, in his majority opinion, wrote that New York's proper-cause requirement, as it has been interpreted by state courts, was inconsistent with the "Nation's history of firearm regulation."

"A State may not prevent law-abiding citizens from publicly carrying handguns because they have not demonstrated a special need for self-defense," Thomas wrote.

But Breyer, in his dissent, wrote, "Only by ignoring an abundance of historical evidence supporting regulations restricting the public carriage of firearms can the Court conclude that New York's law is not consistent with the Nation's historical tradition of firearm regulation."

Breyer also wrote, "Many States have tried to address some of the dangers of gun violence just described by passing laws that limit, in various ways, who may purchase, carry, or use firearms of different kinds."

"The Court today severely burdens States' efforts to do so."

# The Bill of Rights

## Handout 2:
## James Madison's Proposed
## Amendments to the Constitution, June 8, 1789

Source: *Annals of Congress,* House of Representatives, 1st Congress, 1st Session,
June 8, 1789, p. 451-53, Washington, DC: Gales and Seaton, 1834.
http://memory.loc.gov/cgi-bin/ampage?collId=llac&fileName=001/llac001.db&recNum=227

*First.* That there be prefixed to the Constitution a declaration, that all power is originally vested in, and consequently derived from, the people. That Government is instituted and ought to be exercised for the benefit of the people; which consists in the enjoyment of life and liberty, with the right of acquiring and using property, and generally of pursuing and obtaining happiness and safety. That the people have an indubitable, unalienable, and indefeasible right to reform or change their Government, whenever it be found adverse or inadequate to the purposes of its institution.

*Secondly.* That in article 1st, section 2, clause 3, these words be struck out, to wit: "The number of Representatives shall not exceed one for every thirty thousand, but each State shall have at least one Representative, and until such enumeration shall be made;" and that in place thereof be inserted these words, to wit: "After the first actual enumeration, there shall be one Representative for every thirty thousand, until the number amounts to ----, after which the proportion shall be so regulated by Congress, that the number shall never be less than ----, nor more than ----, but each State shall, after the first enumeration, have at least two Representatives; and prior thereto."

*Thirdly.* That in article 1st, section 6, clause 1, there be added to the end of the first sentence, these words, to wit: "But no law varying the compensation last ascertained shall operate before the next ensuing election of Representatives."

*Fourthly.* That in article 1st, section 9, between clauses 3 and 4, be inserted these clauses, to wit: The civil rights of none shall be abridged on account of religious belief or worship, nor shall any national religion be established, nor shall the full and equal rights of conscience be in any manner, or on any pretext, infringed.

The people shall not be deprived or abridged of their right to speak, or to write, or to publish their sentiments; and the freedom of the press, as one of the great bulwarks of liberty, shall be inviolable. The people shall not be restrained from peaceably assembling and consulting for their common good; nor from applying to the Legislature by petitions, remonstrances, for redress of their grievances.

The right of the people to keep and bear arms shall not be infringed; a well armed and well regulated militia being the best security of a free country: but no person religiously scrupulous of bearing arms shall be compelled to render military service in person.

No soldiers shall in time of peace be quartered in any house without the consent of the owner; nor at any time, but in a manner warranted by law.

No person shall be subject, except in cases of impeachment, to more than one punishment or one trial for the same offence; nor shall be compelled to be a witness against himself; nor be deprived of life, liberty, or property, without due process of law; nor be obliged to relinquish his property, where it may be necessary for public use, without a just compensation.

# The Bill of Rights

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted. The rights of the people to be secured in their persons, their houses, their papers, and their other property, from all unreasonable searches and seizures, shall not be violated by warrants issued without probable cause, supported by oath or affirmation, or not particularly describing the places to be searched, or the persons or things to be seized.

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, to be informed of the cause and nature of the accusation, to be confronted with his accusers, and the witnesses against him; to have a compulsory process for obtaining witnesses in his favor; and to have the assistance of counsel for his defence.

The exceptions here or elsewhere in the Constitution, made in favor of particular rights, shall not be so construed as to diminish the just importance of other rights retained by the people, or as to enlarge the powers delegated by the Constitution; but either as actual limitations of such powers, or as inserted merely for greater caution.

*Fifthly*. That in article 1st, section 10, between clauses 1 and 2, be inserted this clause, to wit: No State shall violate the equal rights of conscience, or the freedom of the press, or the trial by jury in criminal cases.

*Sixthly*. That, in article 3d, section 2, be annexed to the end of clause 2d, these words, to wit: But no appeal to such court shall be allowed where the value in controversy shall not amount to ---- dollars: nor shall any fact triable by jury, according to the course of common law, be otherwise re-examinable than may consist with the principles of common law.

*Seventhly*. That in article 3d, section 2, the third clause be struck out, and in its place be inserted the clauses following, to wit: The trial of all crimes (except in cases of impeachments, and cases arising in the land or naval forces, or the militia when on actual service, in time of war or public danger) shall be by an impartial jury of freeholders of the vicinage, with the requisite of unanimity for conviction, of the right of challenge, and other accustomed requisites; and in all crimes punishable with loss of life or member, presentment or indictment by a grand jury shall be an essential preliminary, provided that in cases of crimes committed within any county which may be in possession of an enemy, or in which a general insurrection may prevail, the trial may by law be authorized in some other county of the same State, as near as may be to the seat of the offence. In cases of crimes committed not within any county, the trial may by law be in such county as the laws shall have prescribed. In suits at common law, between man and man, the trial by jury, as one of the best securities to the rights of the people, ought to remain inviolate.

*Eighthly*. That immediately after article 6th, be inserted, as article 7th, the clauses following, to wit: The powers delegated by this Constitution are appropriated to the departments to which they are respectively distributed: so that the Legislative Department shall never exercise the powers vested in the Executive or Judicial, nor the Executive exercise the powers vested in the Legislative or Judicial, nor the Judicial exercise the powers vested in the Legislative or Executive Departments.

The powers not delegated by this Constitution, nor prohibited by it to the States, are reserved to the States respectively.

*Ninthly*. That article 7th be numbered as article 8th.

OFFICE OF
DISTRICT ATTORNEY
KINGS COUNTY 06-14-2022

6/14/22
330 pm

THE PEOPLE OF THE STATE OF NEW YORK )
                                     )
                 V.                  )
                                     )
Muhammad Perez Bey                   )
EX RELATIONE [ERNESTO PEREZ WILLIAMS] )
                                     )
                                     )
_____     )

Criminal Court, County of Kings

CASE NO. IND-72070-22

AFFIDAVIT
OF
TRUTH

On April 18th, 2022 between 5:15pm – 5:30pm i Muhammad Perez Bey, sister Raquel, brother James Bey and brother Prodigy was leaving a meeting at 166 Atkins avenue brooklyn, New York [11208], as we all was traveling in my conveyance I dropped off brother James Bey at Broadway and Lafayette, brother Prodigy and i got out of the conveyance and went into Little Caesar to get a bit. As I was coming out of the pizza shop I stood out front waiting on brother Prodigy, officer Job Bellevue [shield number: 16310] and a few other police officers surrounding me.

Officer Job Bellevue asked me, " who are you"? I replied, " i am Public Minister Muhammad Perez Bey, a Treaty and Constitutional Officer". Officer Job Bellevue asked me, "what is a treaty officer"?, i then explained to him that, " our mission is to help educate the people by teaching them about the law of this land called America (ie) Treaty and Constitution". I gave officer Job Bellevue my mission statement, at this time he called for the sergeant, sergeant came over and asked me, "do i have permit to carry a gun"?

I replied, " it is my Constitutional protected right under the 2nd amendment the right to bear arms". I then asked, " is there a problem, am i under arrest, did i commit a crime or did i injure anyone"?. At this time the officers grabbed me and put handcuffs on me, then took my arms. At this time i was arrested for non-criminal charges, no injured parties, no warrant, my treaty and Constitutional protected rights was being violated under the color of law, color of authority.

Pg 1 of 2

I, *Muhammad Perez Bey* DO ATTEST AND DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA, THAT THE ABOVE IS TRUE AND CORRECT.

Muhammad Perez Bey

EX RELATIONE, [ERNESTO PEREZ WILLIAMS ™ ]

ALL RIGHTS RESERVED WITHOUT PREJUDICE

I.C NYC
11/14/2022

**NOTARY PUBLIC**

State: New York

County: New York

SWORN TO BEFORE ME
THIS 14 DAY OF June 2022

NACER SENHAJI
NOTARY PUBLIC- STATE OF NEW YORK
No. 01SE6268463
Qualified In Queens County
My Commission Expires September 10, 2024

SUPREME COURT OF THE STATE OFNEW YORK
COUNTY OF KINGS CRIMINAL TERM PART G 26

————————————————————————X

THE PEOPLE OF THE STATE OF NEW YORK

    V

MuhammAd Bey(Ex Ref: Ernesto Perez Williams)
C/O 1270 Webster Avenue 20a near Bronx New York, Republic

————————————————————————X

Index: 72070-22
Affidavit Objecting
To subject Matter
Jurisdiction

9-15-22
JF
1:40pm

1)    At all times herein and motioned, The State of New York has charged me with a New York penal Statue has the Subject of scope and delineation surrounding "Persons". The here in Moor is not the Legal Person in accords with the 1865 legislation which was in the 39th Congress for the purpose of granting equal protection to emancipated aliens out of slavery in 1863.

2)    Moreover, the herein Moor is aware that all free nationals of any free nation must first relinquish such nationality pursuant to the aliens and nationalities act, Title 8 U.S.C. 1448 (a) and which would also include my Moorish-American Title and /Sir Name "Bey" pursuant to title 8 U.S.C. 1448 (b). The prosecution of this assumed liability under the state's law (Penal Statute) is without the Substantive due process necessary to maintain their states assumption that I, Muhammed Bey am in fact the legal "Person" as designated by the legislative/intent.

3)    The New York court lacks subject matter jurisdiction over Moorish-American National Citizens of the USA in the people of the State of New York V. Rajjiyd Bey and Shadaaqua Bey Docket number 2000BX1577, 2000 BX1579, 2000 BX1580 on ground that....

The Moorish-American Defendants, "Rajjiyd Bey" and Shadaaqua Bey are Moorish Americans and as such were not subject to the Legislation of the State of New York nor any of their courts, nor any of their Courts, nor any of the States of the Fifty States of Union, nor any of their courts, nor any of the Federal legislation nor any of its Courts without the prior consent of those Moorish Americans "(imphasis added).
    The afford mentioned decision in State of New York verses Rajjiyd Bey and Shadaaqua Bey is res judicata . Moreover, by the Constitution authority of article 4, scetion1, full faith and credit is to be given to the collateral estoppel of this res judicial claim to this court jurisdiction.
In hereby revoke all assumed Power of Attorney Delegated by power of the fourteenth Amendment.

Muhammad Bey

**SWORN TO BEFORE ME**
THIS _15_ DAY OF _Sep_ 20_22_

_Muhammad Bey_
State of NY
County of New York

Notary Here: _Nacer Senhaji_

NACER SENHAJI
NOTARY PUBLIC- STATE OF NEW YORK
No. 01SE6268463
Qualfied in Queens County
My Commission Expires September 10, 2024

1 OF 1

*Exhibit(2)*          Proceedings                                    1

1   SUPREME COURT OF THE STATE OF NEW YORK

2   COUNTY OF KINGS:   CRIMINAL TERM : PART GP26
    --------------------------------------------------X
3   THE PEOPLE OF THE STATE OF NEW YORK,

4                      - against -

5   ERNESTO P. WILLIAMS,

6                                      Defendant.
    --------------------------------------------------X
7
    Indict. No. IND-72070-22
8                                      320 Jay Street
                                       Brooklyn, New York
9                                      June 17, 2022

10  B E F O R E :   HONORABLE PHYLLIS CHU
                                   Justice (and a jury)
11

12
    A P P E A R A N C E S :
13

14              ERIC GONZALEZ, ESQ.
                DISTRICT ATTORNEY - KINGS COUNTY
15                  For the People
                BY:  NATALIE ZADOR, ESQ.
16                      Assistant District Attorney

17
                LEGAL AID SOCIETY
18              Attorney for the Defendant
                BY:  NIAMH P. O'FLAHERTY, ESQ.
19

20
    ALSO PRESENT:
21  Ernesto P. Williams

22                          Sylandia Brock
                            Senior Court Reporter

23

24

25

Proceedings                                                    2

1          THE COURT CLERK:    This is number 49, indictment

2    number 72070 of '22, Ernesto Williams and 61, indictment

3    number 72070 of '22, Ernesto Williams, on for a motion,

4    number 62, indictment number 72070 of '22 Ernesto Williams

5    on for a motion, number 63, indictment number 72070 of

6    '22, Ernesto Williams on for a motion, number 64,

7    indictment 72070-22, Ernesto Williams on for a motion.

8          Counselor, your appears for the record.

9          MS. O'FLAHERTY:    Niamh O'Flaherty, Legal Aid

10   Society for Mr. Williams, apologize to the Court --

11         THE COURT:    This was on for COC.

12         MS. ZADOR:    Yes, COC served and filed on

13   June 1, supplemental COC on June 13.  It was also a

14   statement of readiness.

15         MS. O'FLAHERTY:    Judge, also the District

16   Attorney's Office filed a DNA motion in that time.  I have

17   not responded.  I have forwarded it to our DNA unit.  I

18   think it was late last week I got the DNA --

19         THE COURT:    Do you know when you filed it,

20   People?

21         MS. ZADOR:    No, I don't have that information.

22         THE COURT:    I have it here.  June 13 it looks

23   like.

24         MS. O'FLAHERTY:    Judge, I would need to respond

25   obviously, also.

SAB

**Proceedings**

1          THE COURT:   Right.

2          Do you want to have -- is July 1 enough time for

3    you to respond?

4          MS. O'FLAHERTY:   Yes, I believe it is.

5          THE COURT:   All right, so the response will be

6    due for July 1.  The Court will render an off-calendar

7    decision by July 8.

8          MS. O'FLAHERTY:   Judge, further, this matter

9    was covered by a colleague on the last court date.  My

10   colleague informed me that he did not request the grand

11   jury minutes to be inspected so I filed an omnibus motion

12   asking for the inspection of the grand jury minutes after

13   the People's COC.  I do believe that yesterday I received

14   the Court's decision on the grand jury minutes --

15         THE COURT:   Okay.

16         MS. O'FLAHERTY:   And I requested a Huntley Mapp

17   Dunaway.

18         THE COURT:   People, what is your response to

19   the request for a Huntley Mapp Dunaway?

20         MS. ZADOR:   We are not consenting at this time,

21   Your Honor.

22         THE COURT:   Is that -- that was covered on the

23   defendant person --

24         MS. O'FLAHERTY:   It was.

25         THE COURT:   There was -- statement notice was

1    given?

2                MS. O'FLAHERTY:    It was.

3                THE COURT:    All right, so Huntley, Mapp,

4    Dunaway -- yes, Huntley Mapp Dunaway is granted.

5                MS. O'FLAHERTY:    Judge?

6                THE COURT:    Yes.

7                MS. O'FLAHERTY:    I also filed a notice of

8    intent to offer psychiatric evidence.  As I indicated in

9    my notice, I am not sure of that, but I did serve it.

10   There were time constraints, and so I have not filed my

11   COC, and I was -- in that I am exploring that possibility

12   and that will impact what I disclose in my COC.

13               THE COURT:    Understood.

14               So I do want you to look over the COC that was

15   filed by the People as well as their supplemental COC.

16               MS. O'FLAHERTY:    Yes.

17               THE COURT:    If you have any challenges to what

18   was turned over, I would just appreciate if you can have

19   an open communication with the People regarding anything

20   that you are missing.

21               MS. O'FLAHERTY:    Yes.

22               THE COURT:    And we can put this over for any

23   COC challenges.

24               MS. O'FLAHERTY:    Yes.

25               MS. ZADOR:    Yes, Your Honor.

Proceedings                                        5

1           I also have a note that the ADA has been

2    receiving letters from the defendant with information on

3    his version of what he believes happened, so I would like

4    the Court to please instruct the defendant to not send the

5    assigned that information.

6           THE COURT:   Okay, so I understand also that the

7    defendant has also filed several motions to proceed pro

8    se.

9           THE DEFENDANT:   Yes, Ma'am.

10          MS. O'FLAHERTY:   Also --

11          THE COURT:   Just give me one second, sir.

12          THE DEFENDANT:   Yes, I have, statement with the

13   IRS.

14          THE COURT:   Yes, I have them.

15          So Ms. O'Flaherty?

16          MS. O'FLAHERTY:   I have not received those

17   motions obviously.  I understand my client's position.  I

18   would not take a position adverse to him.

19   →      THE COURT:   So I just do want to inquire of

20   Mr. Williams whether or not he is licensed to practice law

21   here in the State of New York.

22          THE DEFENDANT:   I didn't know you needed a

23   license to practice law, Ma'am.

24          THE COURT:   You do.

25          So in order to -- I don't want to get into

SAB

Proceedings

```
 1        having you say anything that might affect your rights, so

 2        what I want you to do is Ms. O'Flaherty is a licensed

 3        attorney.  She is duly licensed to practice law here in

 4        New York State.  Because she is, in order to protect your

 5        rights, I would like her to supervise what is going on in

 6        your case, okay?

 7                THE DEFENDANT:   Okay, yes, Ma'am.

 8                MS. O'FLAHERTY:   Judge, that --

 9                THE COURT:   And act as your attorney.

10                So your request to proceed pro se at this time

11        is denied.  You will -- we will adjourn for any COC

12        challenges.  If and depending on what my decision is on

13        the motion to compel, depending on what you provide to me

14        in your response, we would be on for a possible swab.

15                So I can give you a date either July 15 or

16        July 27 --

17                THE DEFENDANT:   I can't fire the lawyer?

18                THE COURT:   No.

19                THE DEFENDANT:   I have to keep her on?

20                THE COURT:   Yes.

21                So July 15 or 22?

22                MS. O'FLAHERTY:   The 15th.

23                THE COURT:   July 15.  This will be an in-person

24        appearance at 9:30.  Supervised release is continued, and

25        I will see you then.
```

1          THE DEFENDANT:    Your Honor, so this, you don't

2     recognize?

3          THE COURT:    I'm sorry, I didn't hear what you

4     said.

5          THE DEFENDANT:    The form 56, you don't

6     recognize it?

7          THE COURT:    I don't really know what that is.

8          THE DEFENDANT:    I spoke with the IRS so I could

9     position of taking over for Ernesto, Mr. Muhammad.

10         MS. O'FLAHERTY:    Judge, since there is this

11     issue of potential psychiatric defense.

12         THE DEFENDANT:    Huh?

13         MS. O'FLAHERTY:    I would ask that any documents

14     that -- if the Court is not -- I am not opposing

15     Mr. William's application, but if the Court is not

16     relieving me, I ask the District Attorney's Office to

17     return unread and not to make photocopies of any

18     communication that Mr. Williams sends to their office.

19         THE COURT:    Okay, I am not relieving you, and

20     People are directed to turn over whatever they receive

21     from the defendant unopened to Ms. O'Flaherty.

22         THE DEFENDANT:    So you saying I can't submit

23     documents, documents on my behalf?

24         THE COURT:    You should just submit them to

25     Ms. O'Flaherty so she can take a look at them in order to

Proceedings                                      8

1    protect your rights, sir.  I am trying to protect your

2    rights here.

3              THE DEFENDANT:   It seems like I am not getting

4    no remedy, Your Honor.

5              THE COURT:   You are getting a remedy because

6    you have a lawyer that is acting on your behalf.

7              THE DEFENDANT:   Acting on my behalf.  I can

8    stand up for myself, speak for myself, Your Honor.

9              THE COURT:   Unfortunately, I am not allowing

10   that to occur.  Ms. O'Flaherty is not relieved.

11             THE DEFENDANT:   I can't fire her, fire her and

12   fire her on the record, on the record, Your Honor.

13             THE COURT:   No, you cannot.

14             THE DEFENDANT:   Thank you, Ma'am.

15             MS. O'FLAHERTY:   I just want to be clear that I

16   am not opposing Mr. Williams application, and the Court is

17   ordering me to stay on, but I am not taking a different

18   position.  If he wants to fire me, I am not opposed to

19   that.

20             THE COURT:   Thank you.

21             MS. ZADOR:   Also, I am not sure if the

22   communication has already been opened or read, but any

23   future communication will not be opened and read and will

24   be returned.

25             MS. O'FLAHERTY:   If there is communication

                            SAB

Proceedings

1    which I believe there has been, I would ask the District

2    Attorney's Office to expunge it from their records and to

3    return it to Mr. Williams.

4              THE COURT:   Okay, thank you.

5                   REPORTER'S CERTIFICATION

6         **I hereby certify that the foregoing is a**

7    **true and accurate transcript of the**

8    **proceedings.**

9

10

11         **Sylandia Brock**
           **Senior Court Reporter.**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*Power of Attorney*



## PUBLIC MINISTER LAW ADMINISTRATION

UCC 1 FILING # 20210719832/870          UCC 1 FILING # 20210324813213

PROPERTY # PM 287 971 638 AM    UCC 1 FILING # 20200614200423    REGISTERED # RE 180 142 833 US

INDEPENDENT CONTRACTOR / AGENT / CONSUL / COMPETENT non-LAWYER

------------------------- --------------------------------------------------------------------------------

## PUBLIC MINISTER LAW ADMINISTRATION
## " AUTHORITY ORDER "

### THIS CONTRACT IS PROTECTED UNDER THE CONTRACT CLAUSE;

*The Obligation of the Contracts Clause*

*The clause is found in Article I sec. 10 of the United States Constitution. Generally speaking, this clause was added to the Constitution in order to prohibit states from interfering with private contracts*

### NOTICE

This legal / Lawful document give the **PUBLIC MINISTER** the **AUTHORITY** to act for another **PUBLIC MINISTER** of this administration or a client, the **AUTHORITY** to handle: All Legal / Lawful matters; **(a)** speak on behalf of the public minister or client in court, or any other Agency **(b)** Correspond with Courts, Agencies, Corporations, Entities, Persons and Individuals **(C)** protect the Trust rights, property, Human Rights and assets of the public minister or client.

**Lawful ADVICE AND PROCEEDINGS** - To initiate or defend legal and administrative proceedings for the said public minister or client, including actions against third parties who refuse to honor this Private lawful / legal contract document.

**( 1.)**                                  Warning!
### BOND # RE 180 142 833 US

Upon violations of the contract clauses as stated above; LAWFUL ADVICE AND PROCEEDINGS. The amount the **public minister** will claim in damages and injuries: No more than $75,000.00 **per violation, per person in Lawful Money.**

**(2).** In using this document, you are giving the public minister immediate **AUTHORITY**.

**(3).** This document does not give public ministers **AUTHORITY** to make medical decisions on behalf of another public minister or client.

**Page 1 of 3**



**PUBLIC MINISTER LAW ADMINISTRATION**

UCC1 FILING # 202107198324370        UCC 1 FILING # 202103248132198

PROPERTY # PM 287 971 638 AM   UCC 1 FILING # 20200614200423   REGISTERED # RE 180 142 833 US

INDEPENDENT CONTRACTOR / AGENT / CONSUL / COMPETENT non-LAWYER

-----------------------------------------------------------------------------------------------

( 4 ) .Keep the original document in a safe place, accessible to you. You can also make and use photostatic copies of the original.

## AUTHORITY ORDER

I, Muhammad Perez Bey Flesh and Blood **Man** of sound mind, voluntarily make this designation.

## APPOINTMENT OF PUBLIC MINISTER

I, Appoint, **PUBLIC MINISTER,** Jamal Babatundi Amu'Ra El as my <u>**AGENT**</u>, with the authority set forth in this document,

## EFFECTIVE DATE

On this:___1 3___ day of ___July___, 2022: my agent has the authority set forth in this document immediately upon my signing it.

## INDEMNITY

The appointed public Minister shall not incur any liability under this appointment except for a breach of obligation.

I can amend or revoke this Appointment through an Notarized  affidavit delivered to the appointed Public Minister.

**Page 2 of 3**



### PUBLIC MINISTER LAW ADMINISTRATION

UCC 1 FILING # 20210719832437D          UCC 1 FILING # 202103240132108

PROPERTY # PM 287 971 638 AM   UCC 1 FILING # 202005140200493   REGISTERED # RE 180 142 683 US

*INDEPENDENT CONTRACTOR / AGENT / CONSUL / COMPETENT non–LAWYER*

----------------------------------------------------------------------------------------------------

x _Muhammad Perez Bey_

Muhammad Perez Bey

### ALL RIGHTS RESERVED WITHOUT PREJUDICE

### NOTARY PUBLIC

Sworn to and signed this 13 day of July 2022.

_Nacer Senhaji_
(Signature of notary public)

New York :County
_____ My
commission expires 9/10/2024

**NACER SENHAJI**
NOTARY PUBLIC- STATE OF NEW YORK
No. 01SE6268463
Qualified In Queens County
My Commission Expires September 10, 2024

Page 3 of 3



**PUBLIC MINISTER LAW ADMINISTRATION**
**TREATY AND CONSTITUTIONAL OFFICER**
AGENT / COMPETENT LAW OFFICER/ Non-LAWYER

--------------------- ----------------------------------------------------------------------------------------------------

**AGENT,**
P.M. Jamal Babatundi Amu'Ra El
Chief Administrative Officer
℅ 166 Atkins Ave, Suite 1B
Brooklyn, New York [11208]

**LETTER OF INTRODUCTORY**

$\underline{D6}$ - $\underline{12}$ - 2023

**CLIENT / MEMBER**
Muhammad Perez Bey
1270 Webster Avenue, suite 20A
Bronx, New York 10456

**INRE: AGENT / CLIENT MEMBERSHIP AGREEMENT**

The office of Public Minister now and in the future, shall be handling Muhammad Perez Bey legal and lawful matters:

To handle: All Legal / Lawful matters; **(a)** speak on behalf of Muhammad Perez Bey in court, or any other Agency **(b)** Correspond and retrieve information from the Courts, Agencies, Corporations, Entities, Persons and Individuals **(C)** protect the Property Rights, Human Rights, Indigenous Rights, Constitutional Protected Rights, Treaty Rights and Assets of Muhammad Perez Bey, (D) Investigate and Enforce the Law.

Please direct all correspondence to both parties, thank you in advance.

P.M. Jamal Babatundi Amu'Ra El
Chief Administrative Officer
Office Hours: 7am-7pm
Contact: 212-858-9314
publicministeroflaw@aol.com

1 of 1

**PROOF OF PROPERTY OWNERSHIP**

# Packing Slip



## Rifle Supply
The One-Stop-Shop for all of your firearm needs!
16291 Gothard St.
Huntington Beach, CA 92647

| Order # | Date |
|---|---|
| SRS-42344 | 09/16/2021 |



| Ship To: | Bill To: |
|---|---|
| Ernesto Williams<br>9175476738<br>1270 Webster ave 20a<br>20a<br>Bronx, NY 10456<br>UNITED STATES | Ernesto Williams<br>9175476738<br>nesto750bmw7@gmail.com<br>1270 Webster ave 20a<br>20a<br>Bronx, NY 10456<br>UNITED STATES |

**Notes:** Customer Notes:
I'm just love your inventory

| Carton Count | Date Scheduled | FOB Point | Shipping Terms | Carrier | Ship Service | Order Num |
|---|---|---|---|---|---|---|
| 1 | 09/15/2021 | Origin | Prepaid & Billed | USPS - Express + Package Insurance | | RS-42344 |

## Carton Info

| Carton # | Weight | Tracking # |
|---|---|---|
| | 2.0 lbs | 9481711699U00683979805 |
| | Total Weight: 2.0 lbs | Carton Count: 1 |

| Line # | Part # | Description | Qty Ordered | Qty Shipped | Qty Remaining |
|---|---|---|---|---|---|
| 1 | 75 | Glock 17 Gen 3 Build Kit - 9mm Slide and Lower Parts Kit | | | |
| 2 | 5074 | Glock 17 Gen 3 Factory Slide \| Complete Slide | 1 ea | 1 ea | 0 ea |
| 3 | 389 | Glock OEM Gen 3 Lower Parts Kit - Full Size 17,22,34 | 1 ea | 1 ea | 0 ea |

September 16, 2021 6:00:47 PM MDT

Civil Court of the City of New York
County of Bronx
851 Grand Concourse, Bronx, NY 10451

Index Number: NC-000298-21/BX

In the Matter of the Application of
**Ernesto Perez Williams AKA Ernesto P Williams, AKA Ernesto Williams**
For Leave to Change His/Her Name To
**Muhammad Perez Bey**

**ORDER
GRANTING LEAVE
TO CHANGE NAME**

Upon the annexed Petition(s) of Ernesto Perez Williams AKA Ernesto P Williams, AKA Ernesto Williams verified on June 29, 2021, requesting that Ernesto Perez Williams be permitted to assume the name(s) of (First) **Muhammad** (Middle) **Perez** (Last) **Bey**, and the Court being satisfied that the Petition is true, and it appearing from the Petition and the Court being satisfied that there is no reasonable objection to the change of name(s) proposed, it is hereby ORDERED that,

**1)** The individual currently known as (First) **Ernesto** (Middle) **Perez** (Last) **Williams** AKA Ernesto P Williams, AKA Ernesto Williams who was born on November 14, 1966, at Chatham County, Savannah, GA, with birth certificate number State File No. 70060, Custodian's No. 3686, issued by State Office of Vital Records, Georgia Dept Of Community Health, is hereby authorized to assume the name of (First) **Muhammad** (Middle) **Perez** (Last) **Bey** in place and stead of his/her present name upon complying with the provisions of Article 6 of the Civil Rights Law and of this Order.

2) This Order, consisting of a total of 2 page(s), shall be entered, and the Petition upon which it was granted shall be filed, prior to the publication hereinafter directed, in the office of the Clerk of the Civil Court of the City of New York, County of Bronx.

3) Within sixty days of the making of this Order, a copy of this Order and supporting papers shall be served upon the following:

**not applicable**

CERTIFIED COPY OF
ORIGINAL PAPER ON FILE
NOV 1 7 2021
NYC CIVIL COURT
BRONX COUNT

4) Proof of service on the above indicated party(ies) shall be filed with the Clerk of this Court within ninety days of the making of this Order.

5) At least once within sixty days of the making of this Order, a notice shall be published in newspaper(s) in substantially the following form:

Notice is hereby given that an Order entered by the Civil Court, Bronx County on _____, bearing Index Number NC-000298-21/BX, a copy of which may be examined at the Office of the Clerk, located at 851 Grand Concourse, Bronx, NY 10451, grants me (us) the right to:

Civil Court of the City of New York
County of Bronx

Index Number: NC-000298-21/BX

Ernesto Perez Williams TO Muhammad Perez Bey

## ORDER GRANTING LEAVE TO CHANGE NAME

**Assume the name of (First) Muhammad (Middle) Perez (Last) Bey**
**My present name is (First) Ernesto (Middle) Perez (Last) Williams AKA Ernesto P**
**Williams, AKA Ernesto Williams**
**The city and state of my present address are Bronx, NY**
**My place of birth is Chatham County, Savannah, GA**
**The month and year of my birth are November 1966**

6) Within ninety days of the making of this Order, proof of such publication, by Affidavit, shall be filed with the Clerk of the Civil Court in the County of Bronx.

7) Following the filing of the Petition and the entry of this Order as directed in Paragraph 2 above; the service of such Order and such papers as directed in paragraph 3 above; the filing of proof of such service as directed in Paragraph 4 above; the publication of such notice as directed in Paragraph 5 above; and the filing of proof of such publication as directed in Paragraph 6 above, it is further ORDERED that (First) **Ernesto** (Middle) **Perez** (Last) **Williams** AKA Ernesto P Williams and AKA Ernesto Williams shall be known by the name (First) **Muhammad** (Middle) **Perez** (Last) **Bey**, which s/he is hereby authorized to assume.

9/30/21
_____
Date

_____
Judge, Civil Court

Matthew P. Raso, J.C.C.

CERTIFIED COPY
ORIGINAL PAPER ON FILE

HON. MATTHEW RASO

NYC CIVIL COURT
BRONX COUNTY

ENTERED

SEP 30 2021

CIVIL COURT
BRONX COUNTY

State of New York **}** ss
County of Bronx

ALIA A. RAZZAQ, First Deputy Chief Clerk of the Civil Court of the City of New York, DO HEREBY CERTIFY THAT the provisions of the foregoing order for change of name, have been complied with.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of Nov. 2021

*Alia A. Razzaq*

First Deputy Chief Clerk of the Civil Court of the City of New York



## CONCEALED OR OPEN SIDEARM CARRY:



**RANK**: COMMANDER

**DBA #** : 1227652

**INJUNCTION: CASE NUMBER # 9997**

**NAME:** Muhammad Perez Bey

**OCCUPATION:** TREATY / CONSTITUTIONAL OFFICER

**REGISTERED#:** RE 180 142 833 US     **UCC1 FILING#:** 202005148200423

**PROPERTY #:** PM 287 971 638 AM     **UCC 1 FILING #** 202103248132198

**NATIONALITY:** MOOR AMERICAN NATIONAL / (667 APPENDIX E, RACE CODE LIST)

**SEX:** MALE   **HEIGHT:** 6,4 **WEIGHT:** 220 **HAIR:** BLACK **EYE:** BROWN

--------------------------------------------------------------------------------

Constructive notice to all parties of interest: All property under the name: PUBLIC MINISTER LAW ADMINISTRATION, property number: Pm 287 971 638 AM and injunction case number: 9997, pursuant to: UCC1 FINANCING STATEMENT: 202203028102533, shall belong to the PUBLIC MINISTER LAW ADMINISTRATION REVOCABLE TRUST.

I, declared under the penalty of perjury under the laws of the United States of America, state that the foregoing is true and correct.

*Muhammad Perez Bey*

**PUBLIC MINISTER,**
**ALL RIGHTS RESERVED WITHOUT PREJUDICE**